## RECONSIDERATION OF PRIOR DECISIONS

**2011–0134.   Drummond v. Drummond.**
Fairfield App. No. 10–CA–20, 2010-Ohio-6139. Reported at 128 Ohio St.3d 1459, 2011-Ohio-1829, 945 N.E.2d 523. On motion for reconsideration. Motion denied.

McGEE BROWN, J., dissents.

**2011–0216.   Thornton v. Delatore.**
Mahoning App. No. 09 MA 192, 2010-Ohio-6391. Reported at 128 Ohio St.3d 1461, 2011-Ohio-1829, 945 N.E.2d 524. On motion for reconsideration. Motion denied. Motions to strike the motion for reconsideration denied as moot.

**2011–0220.   State v. Hempfield.**
Licking App. No. 10–CA–87, 2010-Ohio-6570. Reported at 128 Ohio St.3d 1482, 2011-Ohio-2055, 946 N.E.2d 240. On motion for reconsideration. Motion denied.

**2011–0276.   State v. Dickerson.**
Cuyahoga App. No. 94567, 2010-Ohio-5787. Reported at 128 Ohio St.3d 1461, 2011-Ohio-1829, 945 N.E.2d 524. On motion for reconsideration. Motion denied.

**2011–0317.   [State ex rel.] Ezell v. Fuerst.**
In Procedendo. Reported at 128 Ohio St.3d 1480, 2011-Ohio-2055, 946 N.E.2d 239. On motion for reconsideration. Motion denied.